# EXHIBIT A

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

January 23, 2023

*Before*
DAVID F. HAMILTON, *Circuit Judge*

| No. 22-2889 | IN RE: BROILER CHICKEN ANTITRUST LITIGATION<br><br>END USER CONSUMER PLAINTIFF CLASS,<br>                Plaintiff - Appellee<br><br>v.<br><br>FIELDALE FARMS CORPORATION, et al.,<br>                Defendants<br><br>APPEAL OF: JOHN ANDREN, Objector |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:16-cv-08637<br>Northern District of Illinois, Eastern Division<br>District Judge Thomas M. Durkin ||

The following are before the court:

1.  **OBJECTOR-APPELLANT JOHN ANDREN'S INSTANTER MOTION TO FILE APPENDIX TEMPORARILY UNDER SEAL**, filed on December 12, 2022, by counsel for the appellant.

2.  **APPELLEE'S RESPONSE TO OBJECTOR-APPELLANT JOHN ANDREN'S INSTANTER MOTION TO FILE APPENDIX TEMPORARILY UNDER SEAL**, filed on January 12, 2023, by counsel for the appellee End User Consumer Plaintiff Class.

**IT IS ORDERED** that the motion is provisionally **GRANTED** in part. The appellant shall file, by January 27, 2023, one volume of its appendix to be filed in the public record and a separate volume that will be filed under seal. The separate, sealed appendix should include only the two district court exhibits identified in appellee's response (included in the tendered sealed appendix at pages A185-198). The merits panel may reconsider whether these two documents should remain sealed after full briefing and argument.

form name: **c7_Order_3J**     (form ID: **177**)